

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00118-CV

Steven L. **BRUINGTON** and Nancy R. Bruington,
Appellants

v.

**LAKE MCQUEENEY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Robert L. Worth, Jr., David Doughtie, John Ewald, Lindsey Gillum and Paul A Mueller,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2549-CVC
The Honorable Margaret Garner Mirabal, Judge Presiding

# O R D E R

Appellees filed an opposed Motion to Expedite the Briefing Schedule and the Disposition of Appeal in This Election Contest in which they asked this court to dispose of this appeal as expeditiously as practicable, set the briefing schedule, order that no motions for rehearing be entertained, and expedite the issuance of this court's mandate contemporaneously with issuance of our opinion.

On June 22, 2021, this court issued an order noting that Texas Election Code section 231.009 states "[a]n election contest has precedence in appellate courts and shall be disposed of as expeditiously as practicable." Therefore, we granted the motion in part and set the briefing schedule for appellants' reply brief. We ordered that the request to refuse motions for rehearing and expedite the mandate be carried with the appeal.

This court's opinion, dismissing the appeal with prejudice by agreement of the parties, issued on September 22, 2021. Because appellees have shown good cause for the remainder of their requests, we GRANT those requests.

We GRANT the request to refuse to entertain any motions for rehearing. *See* TEX. R. APP. P. 28.1(a) (defining accelerated appeal to include appeals required by statute to be expedited); TEX. R. APP. P. 49.4 ("In an accelerated appeal, the appellate court may deny the right to file a motion for rehearing or shorten the time to file such a motion.").

The Clerk of this court is ORDERED to issue mandate contemporaneously with this order. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree, or for good cause on the motion of a party.").

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court